FILED: July 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1565
(23-0021-BLA)
_____

DOMINION COAL CORPORATION

      Petitioner

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; EVANS RATLIFF, JR.

      Respondents

_____

ADMINISTRATIVE RECORD FOLLOW-UP
_____

The administrative record has not been filed as required by this court's notice. Accordingly, the agency is directed to immediately file and serve the administrative record.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk